UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE PRESKA

JULIAN H. ROBERTSON, JR.,

               Plaintiff,

-against-

JOHN DOE a/k/a AL MARTIN,
URI DOWBENKO,
CONSPIRACY DIGEST L.L.C., and
NATIONAL LIBERTY PRESS L.L.C.,

               Defendants.

**05 CV 7046**

ECF CASE

05cv7046 (LAP)

COMPLAINT



RECEIVED
AUG 0 9 2005
U.S.D.C. S.D. N.Y.
CASHIERS

    Plaintiff Julian H. Robertson, Jr., by his attorneys, King & Spalding LLP, as and for his complaint against defendants John Doe a/k/a Al Martin, Uri Dowbenko, Conspiracy Digest L.L.C., and National Liberty Press L.L.C, (collectively, "Defendants"), alleges, upon knowledge as to himself and otherwise upon information and belief, as follows:

### NATURE AND BASIS OF THIS ACTION

    1.    This is an action for defamation arising from Defendants' malicious publication of an article authored by "Al Martin" dated May 30, 2005 entitled "Renowned Funds Manager Predicts Global Economic Collapse" (the "Article"). The Article attributed patently false and outrageous statements to Mr. Robertson that, in fact, Mr. Robertson never made, and otherwise grossly misrepresented a May 24, 2005 interview of Mr. Robertson conducted on the CNBC show "Street Signs." The statements attributed to Mr. Robertson by Defendants have no basis in fact whatsoever, and are blatant and outright lies.

    2.    Defendants published the Article on websites that they own, control and maintain, including www.almartinraw.com and www.conspiracyplanet.com. As was

foreseeable, the many false statements contained in the Article spread rapidly throughout the Internet and have been republished on many additional websites. Defendants' malicious publication of the Article has damaged Mr. Robertson's good name and reputation, and Mr. Robertson seeks both compensatory and punitive damages as a result of Defendants' egregious misconduct.

## THE PARTIES

3. Plaintiff Julian H. Robertson, Jr. is an individual who is a resident of the State of New York. Mr. Robertson is the founder and chairman of Tiger Management L.L.C., an investment company in the hedge fund industry that is based in New York, New York. Mr. Robertson is a highly respected investor, and is a person of the highest degree of integrity, honesty and credibility.

4. Upon information and belief, Defendant John Doe a/k/a Al Martin is an individual residing in Florida. Al Martin is the author of the Article that is the subject of this lawsuit. Upon information and belief, Al Martin is a pseudonym.

5. Upon information and belief, Defendant Uri Dowbenko is an individual residing in Montana. Upon information and belief, Mr. Dowbenko owns or controls Defendant Conspiracy Digest L.L.C. and National Liberty Press L.L.C., and also is an officer, agent and/or employee of Conspiracy Digest L.L.C. and National Liberty Press L.L.C.

6. Upon information and belief, Defendant Conspiracy Digest L.L.C. is a corporation organized under the laws of Montana with its principal place of business in Montana. Upon information and belief, Conspiracy Digest L.L.C. does business as the website www.conspiracyplanet.com, or otherwise owns, controls or maintains that website.

7. Upon information and belief, Defendant National Liberty Press L.L.C. is a corporation organized under the laws of Montana with its principal place of business in Montana.

Upon information and belief, National Liberty Press L.L.C. does business as the website www.almartinraw.com, or otherwise owns, controls or maintains that website.

## JURISDICTION AND VENUE

8. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, in that this is an action between citizens of different states. The amount in controversy exclusive of interest and costs exceeds seventy-five thousand dollars ($75,000).

9. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2), in that a substantial part of the events or omissions giving rise to the claim occurred in this District.

## BACKGROUND FACTS

10. On May 24, 2005, Mr. Robertson was interviewed on the CNBC show "Street Signs" with Ron Insana. Among other things, Mr. Robertson discussed developments in the hedge fund industry and the current investment climate.

11. On May 30, 2005, the Defendants published the Article by, among other things, posting the Article on the websites www.conspiracyplanet.com and www.almartinraw.com. The Article contains false, defamatory, malicious and libelous statements concerning Mr. Robertson. A copy of the Article is attached as Exhibit 1.

12. Simply put, the article is a completely fictitious account of Mr. Robertson's CNBC interview. The article falsely attributes statements about an economic apocalypse to Mr. Robertson -- statements that he never made -- and otherwise misrepresents and distorts the interview as a whole.

13. For example, the Article provides the following verbatim false, defamatory, malicious and libelous statements about Mr. Robertson:

> When Ron Insana asked [Robertson] about his predictions, he said that he's worried about the speculative bubble in housing and the fact that more than ¼ of all consumer spending is now sustained by that bubble, plus the fact

3

that 20 million citizens could lose their homes in a collapse of the speculative bubble in housing, and that the Fed and, indeed, central banks worldwide would act in concert out of desperation to reinflate the global economy in the process, creating an inflationary spiral unheralded in the economic history of the planet.

Insana then asks, "Where does it end?" And he said, "Utter global collapse." Not simply economic collapse; complete disintegration of all infrastructure and of all public structures of governments. Utter, utter collapse. That the end is collapse of simply epic proportion.

In 10 years time, he said, whoever is still alive on the planet will be effectively starting again.

And the comments were so negative. I've never heard anything like it. From a guy who was 53 years on the Street. This is Julian Robertson, the renowned Republican. And yet he blamed everything on 'the Bushonian Cabal,' that the Cabal has now consolidated power and money on the planet to the maximum extent possible. That the planet's net liquidity -- that is, net free cash flow -- is now a negative number. That the planet is not simply sinking into a sea of red ink; it is already sunk.

The enormity of it was such that he said that the Bush-Cheney regime-- calls them 'the Bush-Cheney regime' (I swear this guy must listen to me)-- the Bush-Cheney regime is preparing the nation for transition from democracy into dictatorship because a dictatorship will be necessary to control, not civil unrest. That isn't what he said. He said that it will be necessary to control, in 5 years' time, food and water riots.

He said the federal government, that part of Patriot II Act, the internal exile, that the government is going to have to build now huge detention compounds on federal lands, probably in the West where the land is available, to potentially house 50 million or more citizens that will be in financial ruin.

Food production will fall. And any further effort to control environmental destruction will be abandoned. Inflation will run into the double and eventually triple digits. People will be carrying around U.S. dollars in wheelbarrows like Germany.

And finally he ended his comments by saying that he hopes that he is not alive to see this. And he looks at Ron Insana and he said, "The 'lucky' ones are the ones who are my age now."

Total collapse of public infrastructure. Total collapse of medical care systems.

4

> All public pension plans, Social Security will collapse. All corporate pension plans will collapse. I've never heard anything like it.

14. The article contains other false, defamatory, malicious and libelous statements concerning Mr. Robertson. The Article does not approximate anything that Mr. Robertson has ever said or was ever aired on CNBC. It is evident on its face that Defendants published this Article with knowledge that the statements in it were false, or with a reckless disregard as to the truth or falsity of the statements contained in it.

15. The Article itself and the false statements contained in the Article have been republished on many other websites. Such republications were the natural and probable consequence of the original publication by Defendants. The false statements contained in the Article have been read by an incalculable number of people, including individuals and entities that have actual and prospective dealings with Mr. Robertson.

16. Indeed, Defendants already have acknowledged that the Article is false, but they have refused to provide a satisfactory retraction. While Defendants retracted the Article from www.almartinraw.com and www.conspiracyplanet.com, they refused to publish the retraction notice in a prominent manner for any reasonable length of time so as to allow the public reasonable time to access the notice. A copy of the retraction notice posted on these websites is attached as Exhibit 2.

## FIRST CAUSE OF ACTION
**(Defamation)**

17. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 16 above as though fully set forth herein.

18. Defendants knew that the Article concerning Mr. Robertson was false and defamatory when the Defendants published it to others, or the Defendants published the Article with reckless and wanton disregard as to whether it was true or false.

19. Defendants acted in a grossly irresponsible manner without due consideration for the standards of information gathering and dissemination ordinarily followed by responsible parties. The Article was published by the Defendants with the level of outrageous conduct that constitutes malice, wantonness, recklessness or willful disregard of the rights of Mr. Robertson and the damages that would be inflicted upon him.

20. At the time the Article was published, and previously, Mr. Robertson was a respected member of the community at large and the business community in particular. As a result of the publications and acts of Defendants, Mr. Robertson has been held up to public contempt, ridicule, disgrace, and prejudice; has suffered great mental pain and anguish; and has been irreparably injured in his good name, business reputation, and social standing; and has lost the esteem and respect of his acquaintances, business associates, and of the public generally.

21. The Defendants' statements are defamatory per se because they concerned Mr. Robertson's trade and business reputation, and the defamatory meaning is plain from the face of the Article. In any event, Mr. Robertson has incurred pecuniary loss as a result of the Defendants' publication of the defamatory statements. Mr. Robinson had to retain outside advisors to, among things, identify the many websites that have published the Article, communicate with those websites about the Article, and otherwise protect Mr. Robertson's rights and take action to protect Mr. Robertson's good name and reputation.

22.     By reason of the forgoing, Mr. Robertson has been greatly injured and damaged and, in addition, is entitled to punitive damages against the Defendants, all in a sum to be determined at trial.

### DEMAND FOR RELIEF

WHEREFORE, plaintiff Julian H. Robertson, Jr. demands judgment as follows:

(i)     Compensatory damages in an amount to be determined at trial;

(ii)    Special damages in an amount to be determined at trial;

(iii)   Punitive damages in an amount to be determined at trial; and

(iv)    Granting such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        August 9, 2005

                                KING & SPALDING LLP

                                By: _____
                                    Richard T. Marooney (RM 0276)
                                    Jessica Pishko

                                    1185 Avenue of Americas
                                    New York, New York  10036
                                    Tel: (212) 556-2100

                                    Attorney for Plaintiff
                                      Julian H. Robertson, Jr.

# EXHIBIT 1

Renowned Funds Manager Predicts Global Economic Collapse

By Al Martin (May 30)

There was an interview on CNBC of the renowned funds manager Julian Robertson. He is one of the greatest of the old-timers. 53 years on the Street. He manages the Robertson group of funds. They used to call him, still do call him 'Never Been Wrong' Robertson. He has predicted every economic cycle, every debacle, every bull market, and every bear market. Of course, he's a very old man now. But his reputation on the Street is like nothing you could imagine. When the

segment of his interview was through, his comments alone took the Dow Jones down 50 points. Just on his comments alone.

That's how powerful this man's reputation is.

Robertson was actually a teary-eyed, an old man. When Ron Insana asked him about his predictions, he said that he's worried about the speculative bubble in housing and the fact that more than 1/4 of all consumer spending is now sustained by that bubble, plus the fact that 20 million citizens could lose their homes in a collapse of the speculative bubble in housing, and that the Fed and, indeed, central banks worldwide would act in concert out of desperation to reinflate the global economy in the process, creating an inflationary spiral unheralded in the economic history of the planet.

Insana then asks, "Where does it end?" And he said, "Utter global collapse." Not simply economic collapse; complete disintegration of all infrastructure and of all public structures of governments. Utter, utter collapse. That the end is collapse of simply epic proportion.

In 10 years time, he said, whoever is still alive on the planet will be effectively starting again.

And the comments were so negative. I've never heard anything like it. From a guy who was 53 years on the Street. This is Julian Robertson, the renowned Republican. And yet he blamed everything on 'the Bushonian Cabal,' that the Cabal has now consolidated power and money on the planet to the maximum extent possible. That the planet's net liquidity--that is, net free cash flow--is now a negative number. That the planet is not simply sinking into a sea of red ink; it is already sunk.

The people just don't realize it yet.

The enormity of it was such that he said that the Bush-Cheney regime--calls them 'the Bush-Cheney regime' (I swear this guy must listen to me)--the Bush-Cheney regime is preparing the nation for transition from democracy into dictatorship because a dictatorship will be necessary to control, not civil unrest. That isn't what he said. He said that it will be necessary to control, in 5 years' time, food and water riots.

He said the federal government, that part of Patriot II Act, the internal exile, that the government is going to have to build now huge detention compounds on federal lands, probably in the West where the land is available, to potentially house 50 million or more citizens that will be in financial ruin.

Food production will fall. And any further effort to control environmental destruction will be abandoned. Inflation will run into the double and eventually triple digits. People will be carrying around U.S. dollars in wheelbarrows like Germany.

And he finally ended his comments by saying that he hopes that he is not alive to see this. And he looks at Ron Insana and he said, "The 'lucky' ones are the ones who are my age now."

Total collapse of public infrastructure. Total collapse of medical care systems.

All public pension plans, Social Security will collapse. All corporate pension plans will collapse. I've never heard anything like it.

But he backed that up with some fabulous statistics that I have pointed out before in various articles.

What he did is he did it all in literally one statement literally. But, 14% of all real estate transactions now being interest-only mortgages, and another 14% of people now, that, when they bought their homes, originated more than 100% of the purchase price in the mortgage and then borrowed further.

This was on the Ron Insana show on May 24, 2004. I mean, it was absolutely extraordinary.

And he had pointed out all that we have pointed out before. What he talked about is he globalized it a lot more than I have in the past by saying that the American consumer is effectively now supporting

the rest of the planet, which is true; that consumption rates in all other nations are falling, have fallen to the point that the tax revenues to governments, that the business and industries those nation states are providing is now a net negative number relative to total debt service and public cost, that this exists in virtually every nation state on the planet now.

And he pointed out, more importantly, and I'm trying to think how we imply this or how we express this to the people, what extraordinary times we are living in and how the destruction of the planet has been engineered by the Bushonian Cabal from 1980 to 1992, and then from 2001 to present, which has effectively destroyed the economic liquidity of the planet.

And it was absolutely extraordinary.

When Insana asked him, you know, he said he had sold all of his real estate and he was moving into one of the new super-secure compounds for wealthy Republicans for when the 'barbarians will be at the gate.'

He said, "Ron, those barbarians will be potentially a third of the American population."

Ron asked, "What are your friends doing?"

The implication being wealthy Republicans. And, this is interesting, he said everyone that he knew that had a home worth more than a million dollars in the United States has sold it. They have sold all of their landholdings. They have liquidated all U.S. securities. They have bought a townhouse or something in one of the new ultra-high secure semi-secret Republican compounds with the barbed wire and the machine guns. And then they also own a home, like, in the Cayman Islands or somewhere in the Caribbean. He spoke of the new Republican high-security compounds that are being built throughout the Caribbean, and even in Switzerland.

And this is what he points to: He said the new wave, or where the wealthy Republicans are going in their housing--and he's right. It tells you much about what the wealthy Republicans think of where this planet is going: that they all want to live in these ultra-high security communities that haven't even been built yet.

And we're talking about not simply the guards at the gate. We're talking about communities the security of which have never been built before.

He's referring to is these new gated communities that are being built with the 18-foot high walls and the machine-gun-toting guards and underground food lockers, cryogenic food lockers, and their own power plants, their own water. But it bespeaks volumes of where the top 10% of the nation feel the planet is going.

The only thing that keeps popping into my mind is - what is it going to look like in ten years' time?

What comes to mind is the final 30-second shot in the movie Rollover. The famed movie Rollover with Kris Kristoferson and Jane Fonda.

The final 30-second shot when the decision was made, when Hume Cronyn is standing in his office in the Citi Bank building in New York with its 30-foot vaulted ceilings and mahogany paneling. He's got the phone in his hand and he's talking to the group of bankers, the 13 Gnomes, he called them, in Switzerland, that have the last remaining free cash flow in the world.

He says, on the telephone, "Pull the plug." Then he lights up a cigar and pours himself a glass of brandy. And he looks down on the street. He's 20 floors up. It's all plate glass window. It was actually shot at the Citi Bank building. And he looks down the street. It's winter. December. Absolutely bitter cold, 3 feet of snow on the ground. And all is dark. The power's gone. No more power. Everything has begun to collapse. And the wind, you hear this frigid wind whistling through the canyons of the streets around Wall Street, which have become canyons. And there's a few people there in tattered rags, with steel drums, burning stuff to keep warm. It shows them, they keep dumping in U.S. currency to keep the fire going. And then at the end it shows down between Wall and Broad, there's like 2 or 3 hundred people, there's a food riot in progress. And Hume is sitting there looking out of his plate glass window with a cigar in his mouth.

The very final scene: You see the food riots. Then you see the police come in in these ultra-high-tech-looking riot control, hover vehicles. They're all black matte with dark red digitized writing that says "State Security." And they start gassing the crowd. And then it shows the Citi Bank executive helicopter coming down on top of the 57th floor of the building to pick up Hume. He gets in the helicopter. The pilot actually asks him, "Where are we going?" And he said, "Oh, to my executive compound." The pilot points in the front seat of the helicopter and he said, "We have a case of the

1961 vintage Rothschild `61. Mr. Chairman, we secured an extra case for you."

Then they fly over where the food riots are. And there's no power. And there's trash blowing through the streets. And some of the telephone poles have come down.

And they swing over the harbor and most of the boats are swamped or sunk or all grungy. This is what Robertson's words reminds me of.
---

* AL MARTIN is an independent economic-political analyst with 25 years of experience as a trader on NYMEX, CME, CBOT and CFTC. As a former contributor to the Presidential Council of Economic Advisors, Al Martin is considered to be a source of independent analysis for financially sophisticated and market savvy investors.

After working as a broker on Wall Street, Al Martin was involved in the so-called "Iran Contra" Affair as a fundraiser for the Bush Cabal from the covert side of government aka the US Shadow Government.

His memoir, "The Conspirators: Secrets of an Iran Contra Insider," (http://www.almartinraw.com) provides an unprecedented look at the frauds of the Bush Cabal during the Iran Contra era. His weekly column, "Behind the Scenes in the Beltway," is published weekly on Al Martin Raw.com, which also publishes a bimonthly newsletter called "Whistleblower Gazette."

Al Martin's new website "Insider Intelligence" (http://www.insiderintelligence.com) will provide a long term macro-view of world markets and how they are affected by backroom realpolitik.

# EXHIBIT 2





**New Improved
Second Edition**

<u>The Conspirators:</u>
<u>Secrets of an Iran Contra Insider</u>
by Al Martin
Just $19.95

<u>Order Form Here</u>

or Call toll Free
1-866-317-1390

**HOME**

**SHOCKING SECRETS**

**AUTHOR BIO**

**BOOK REVIEWS**

**ARCHIVE**

**MEDIA ONLY**

**MOVIE RIGHTS**

**HOW TO ORDER**

**INTERVIEW**

**SPEAKING**

**PROFESSORS**

## BEHIND THE SCENES IN THE BELTWAY

by Al Martin

On May 30, 2005, I authored an article that appeared on this web site entitled "Renowned Funds Manager Predicts Global Economic Collapse." The article erroneously claims that Julian Robertson made statements during a May 24 CNBC interview that, in fact, Mr. Robertson never made, and otherwise distorts and mischaracterizes the interview. For example, Mr. Robertson never said that "20 million citizens could lose their homes in a collapse of the speculative bubble in housing," that there could be an "utter global collapse" and a "complete disintegration of all infrastructure and of all public structures of government," that there exists a "Bushonian Cabal" that has "consolidated power and money on the planet to the maximum extent possible," and that "the Bush-Cheney regime is preparing the nation for transition from democracy into dictatorship." Nor has Mr. Robertson ever been called "Never Been Wrong" Robertson. Many similar erroneous statements attributed to or concerning Mr. Robertson also appear in the article. As such, I am retracting the article. I regret any embarassment to Mr. Robertson that the article may have caused.

\* AL MARTIN is an independent economic-political analyst with 25 years of experience as a trader on NYMEX, CME, CBOT and CFTC. As a former contributor to the Presidential Council of Economic Advisors, Al Martin is considered to be a source of independent analysis for financially sophisticated and market savvy investors.

After working as a broker on Wall Street, Al Martin was involved in the so-called "Iran

Contra" Affair as a fundraiser for the Bush Cabal from the covert side of government aka the US Shadow Government.

His memoir, "The Conspirators: Secrets of an Iran Contra Insider," (http://www.almartinraw.com) provides an unprecedented look at the frauds of the Bush Cabal during the Iran Contra era. His weekly column, "Behind the Scenes in the Beltway," is published weekly on Al Martin Raw.com, which also publishes a bimonthly newsletter called "Whistleblower Gazette."

Al Martin's new website "Insider Intelligence" (http://www.insiderintelligence.com) will provide a long term macro-view of world markets and how they are affected by backroom realpolitik.

**Home**

©2000 - 2005 Al Martin Raw   All Rights Reserved





The Real Story Behind Tomorrow's Financial Headlines By *Al Martin*



**The Truth is Not Out There.
The Truth is In Here.**

*The Conspirators:
Secrets of an
Iran Contra Insider*
by Al Martin
Just $19.95
**ORDER FORM HERE
FOR BEST DEAL.**
or Call Toll Free
1-866-317-1390

**HOME
SHOCKING SECRETS
AUTHOR BIO
BOOK REVIEWS
ARCHIVE
MEDIA ONLY
MOVIE RIGHTS
HOW TO ORDER
INTERVIEW
SPEAKING
PROFESSORS**

**Al Martin Raw.com:
The Power of Truth**

**Political, Economic
& Financial Intelligence
(By Subscription Only)**

(Subscribe Now Online & Save..)

*JULY 22, 2005*

### NOTICE

On May 30, 2005, I authored an article that appeared on this web site entitled "Renowned Funds Manager Predicts Global Economic Collapse." The article erroneously claims that Julian Robertson made statements during a May 24 CNBC interview that, in fact, Mr. Robertson never made, and otherwise distorts and mischaracterizes the interview. For example, Mr. Robertson never said that "20 million citizens could lose their homes in a collapse of the speculative bubble in housing," that there could be an "utter global collapse" and a "complete disintegration of all infrastructure and of all public structures of government," that there exists a "Bushonian Cabal" that has "consolidated power and money on the planet to the maximum extent possible," and that "the Bush-Cheney regime is preparing the nation for transition from democracy into dictatorship." Nor has Mr. Robertson ever been called "Never Been

Read an excerpt from Al Martin's book about Bush's Harken Energy Fraud --

Support your local library by donating "The Conspirators" (Special Deal) --

## UNCLE AL'S QUOTE OF THE WEEK

"Our enemies are innovative and resourceful, and so are we. They never stop thinking about new ways to harm our country and our people, and neither do we."

-- George W. Bush (August 5, 2004)

Wrong" Robertson. Many similar erroneous statements attributed to or concerning Mr. Robertson also appear in the article. As such, I am retracting the article. I regret any embarassment to Mr. Robertson that the article may have caused.

### AL MARTIN RADIO SHOW SCHEDULE



| Robbie Noel Show |
| --- |
| July 25, 3-4PM Eastern |
| Henry Raines Show |
| July 29, 8-8:30AM Eastern |
| The Tony Trupiano Show |
| July 29, 2-3PM Eastern |
| (Click on Progressive Talk Radio) |
| Erskine Overnight Show |
| Aug 6, 12 Midnight Eastern |

## BEHIND THE SCENES IN THE BELTWAY

by Al Martin

### Bush-Cheney Paranoia: 'Domestic Terrorism' & the National Security Service (The New SS)

(7-18-05) Talked with an FBI agent last week, someone I haven't talked to in about ten years or so. He was with a domestic terrorism task force in the Western regional FBI office in the mid-1990's. This was at the peak of what the FBI thought was a potential crisis with "domestic terrorism," i.e. the so-called militia groups. As everyone knows, the militia groups reached their peak of influence in the mid-1990s.

### The Bush Cheney Regime's Asset Confiscation Policy: A Review

(7-11-05) The machinations of the Bush Cheney Regime are becoming ever more confiscatory towards citizens' assets. The intent of the Regime's policies is to deny citizens the ability to hold assets discreetly -- or to even move assets outside of the United States and hold them with any sovereign immunity.



# CONSPIRACY PLANET

### THE ALTERNATIVE NEWS & HISTORY NETWORK
*Your Antidote to Media Cartel Propaganda*

*Monday, July 25, 2005*



HOODWINKED — "Cinema insights... Savage critical vision" by URI DOWBENKO

Home | Al Martin Channel



LATEST HEADLINE NEWS @ CONSPIRACY PLANET

**Channels**
#1 Public Enemy
9-11: Conspiracy
9-11: Coverup
9-11: Crime
9-11: Enemy Within
9-11: Unanswered Questions
9-11: Who Benefits?
Abortion/ Death Industry
AIDS
Al Martin
Alan Cantwell
Anthrax Fear/Scam
Arnie Schwarzenegger
Astrology
Beyond the Beyond
Bilderbergers
Biowarfare
Bush Crime Family
Catherine Austin Fitts
Chemtrails

**News | Links | Forum**

## Funds Manager Predicts Global Economic Collapse
*by AL MARTIN*



On May 30, 2005, I authored an article that appeared on this web site entitled "Renowned Funds Manager Predicts Global Economic Collapse." The article erroneously claims that Julian Robertson made statements during a May 24 CNBC interview that, in fact, Mr. Robertson never made, and otherwise distorts and mischaracterizes the interview. For example, Mr. Robertson never said that "20 million citizens could lose their homes in a collapse of the speculative bubble in housing," that there could be an "utter global collapse" and a "complete disintegration of all infrastructure and of all public structures of government," that there exists a "Bushonian Cabal" that has "consolidated power and money on the planet to the maximum extent possible," and that "the Bush-Cheney regime is preparing the nation for transition from democracy into dictatorship." Nor has Mr. Robertson ever been called "Never Been Wrong" Robertson. Many similar erroneous statements attributed to or concerning Mr. Robertson also appear in the article.

More

**Other Top Stories**
Bush Creates National Security Service: The New SS *by CONSPIRACY PLANET*
Bush Cheney Regime Compels US Expatriation *by CONSPIRACY PLANET*
Coming Asset Confiscation of Your Safe Deposit Box *by AL MARTIN*
Insider Intelligence: Record Market Trading Results *by AL MARTIN*
Bush Cheney Spurs Asset Protection & Expatriation *by AL MARTIN*
Karl Rove, Fairy Queen of the GOP (Gay Old Party) *by URI DOWBENKO*

**Reviews**
Book: AIDS & The Doctors of Death by Alan Cantwell
Book: 'Bible Fraud' by Tony Bushby
Book: 'Bushwhacked' by Uri Dowbenko
Book: 'Conspirators' by Al Martin
Book: 'Future War' by John Alexander
Book: 'Secret Weapons' by Ted Schwarz
Book: The Templars and the Assassins'
Book: Defrauding America by Rodney Stich
Books: The Lexus & The Olive Tree by Tom Friedman
Video: 'Arlington Road'
Video: 'Fight Club'
Video: Traffic
Videos: AntiTrust
Videos: 'The Patriot'
Wanted: Gen-X Spooks

Shop Here! amazon.com

love+romance w merecem

AUCTIONS amazon.com



# CONSPIRACY PLANET

**THE ALTERNATIVE NEWS & HISTORY NETWORK**

*Your Antidote to Media Cartel Propaganda*

*Monday, July 25, 2005*



"Cinema insights... Savage critical vision" by URI DOWBENKO

Home | Al Martin Channel

News | Links | Forum

## Funds Manager Predicts Global Economic Collapse (continued)
*by AL MARTIN*

As such, I am retracting the article. I regret any embarrassment to Mr. Robertson that the article may have caused.



AL MARTIN RAW



**Channels**
#1 Public Enemy
9-11: Conspiracy
9-11: Coverup
9-11: Crime
9-11: Enemy Within
9-11: Unanswered Questions
9-11: Who Benefits?
Abortion/ Death Industry
AIDS
Al Martin
Alan Cantwell
Anthrax Fear/Scam
Arnie Schwarzenegger
Astrology
Beyond the Beyond
Bilderbergers
Biowarfare
Bush Crime Family
Catherine Austin Fitts
Chemtrails

**Reviews**
Book: AIDS & The Doctors of Death by Alan Cantwell
Book: 'Bible Fraud' by Tony Bushby
Book: 'Bushwhacked' by Uri Dowbenko
Book: 'Conspirators' by Al Martin
Book: 'Future War' by John Alexander
Book: 'Secret Weapons' by Ted Schwarz
Book: 'The Templars and the Assassins'
Book:'Defrauding America'by Rodney Stich
Books:'The Lexus & The Olive Tree by Tom Friedman
Video: 'Arlington Road'
Video: 'Fight Club'
Video: Traffic
Videos: AntiTrust
Videos: 'The Patriot'
Wanted: Gen-X Spooks

Shop Here! amazon.com

love+romance W mencwm

AUCTIONS amazon.com