UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN H. ROBERTSON, JR.,

          Plaintiff,

- against -

JOHN DOE a/k/a AL MARTIN, et al.,

          Defendants.

**MEMORANDUM OPINION AND ORDER**

05 Civ. 7046 (LAP) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

On August 15, 2008, Plaintiff, Julian H. Robertson, Jr., filed his Motion for Damages in the instant case. Prior to this submission, Robertson's counsel asked the Court to grant him permission to submit one exhibit containing legal invoices ("Exhibit L") *in camera* for the Court's review only, as part of the inquest. (Richard T. Marooney's Letter to the Court, Aug. 8, 2008.) Following review of the Parties' positions on Robertson's request and a telephonic conference with the Court on February 20, 2009,

**IT IS HEREBY ORDERED** that Robertson must **PRODUCE** Exhibit L to Defendants **by March 2, 2009.** Exhibit L shall be produced in full, except for any privileged matter not waived as a result of the Motion for Damages. The Court finds that the concerns raised by Robertson do not outweigh Defendants' right to view the details of the fee request and comment thereon.

**IT IS FURTHER ORDERED** that on or before **March 16, 2009**, Defendant Dowbenko may supplement his response to Robertson's pending motion for damages *only* with regard to Exhibit L.

**SO ORDERED this 25th day of February 2009**
**New York, New York**

The Honorable Ronald L. Ellis
United States Magistrate Judge